UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-01745 |
| CHRISTOPHER COX, | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

RACHELLE S. WARE deposes and states:

1. I am a competent person over 18 years of age, and am not a party to the above-captioned case.

2. I am employed by Alan Banov and Associates, 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910.

3. On Wednesday, October 3, 2007, I personally served Jeffrey Taylor, Esq., United States Attorney for the District of Columbia, by handing the summons and a copy of the complaint to Lakesha Carroll in the Civil Division of the United States Attorney's Office, located at 501 3rd Street, N.W., Washington, DC 20001.

I have read this affidavit and certify under penalty of perjury that the statements made herein are true and correct to the best of my knowledge and belief.

Executed at Silver Spring, Maryland, this ___5th___ day of October 2007.

_____
RACHELLE S. WARE

SUBSCRIBED AND SWORN to before me this ___5th___ day of October 2007.

_____
NOTARY PUBLIC

Shirley F. Epps
Notary Public, District of Columbia
My Commission Expires 05-30-2010