UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH<br>1702 Chesterfield Way<br>McLean, Virginia 22101,<br><br>   Plaintiff,<br><br>  v.<br><br>CHRISTOPHER COX,<br>as and in his capacity as<br>CHAIRMAN OF THE SECURITIES<br>AND EXCHANGE COMMISSION<br>450 Fifth Street, N.W.<br>Washington, D.C. 20549,<br><br>   Defendant. | Civil Action No.: 07-1745 (JDB) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

              /s/
              ALAN BURCH, D.C. Bar # 470655
              Assistant United States Attorney
              555 4th St., N.W.
              Washington, D.C. 20530
              (202) 514-7204
              alan.burch@usdoj.gov