UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

SHIRLEY EPPS deposes and states:

1. I am a competent person over 18 years of age, and am not a party to the above-captioned case.

2. On October 4, 2007, I served the defendant in this case, by mailing a summons and a copy of the complaint by certified mail/return receipt to the U.S. Attorney General, DOJ, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. A copy of the certified mail receipt is attached hereto, in Exhibit 1.

3. The U.S. Attorney General received the summons and a copy of the complaint on October 9, 2007, as indicated by the domestic return receipt attached hereto, in Exhibit 1.

I have read this affidavit and certify under penalty of perjury that the statements made herein are true and correct to the best of my knowledge and belief.

Executed at Silver Spring, Maryland, this ___12___ day of October, 2007.

_____
SHIRLEY EPPS

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  OCT 0 9 2007
C. Date of Delivery

1. Article Addressed to:

U.S. Attorney General
D.O.J.
950 Penn Ave., N.W
Wash., DC 20530

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
0390 0002 8154 0343

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.60  0907 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

Postmark Here  SILVER SPRING MD  10/06/2007

Sent To: DOJ
Street, Apt. No.; or PO Box No.: 950 Penn Ave NW
City, State, ZIP+4: WDC 20530

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0002 8154 0343



EXHIBIT 1