UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF SERVICE

SHIRLEY EPPS deposes and states:

1. I am a competent person over 18 years of age, and am not a party to the above-captioned case.

2. On October 4, 2007, I served the defendant in this case, by mailing a summons and a copy of the complaint by certified mail/return receipt to the Hon. Christopher Cox, c/o Brian Cartwright, Esq., General Counsel, SEC, 100 F Street, N.E., Washington, D.C. 20549. A copy of the certified mail receipt is attached hereto, in Exhibit 1.

3. The Hon. Christopher Cox received the summons and a copy of the complaint on October 9, 2007, as indicated by the domestic return receipt attached hereto, in Exhibit 1.

I have read this affidavit and certify under penalty of perjury that the statements made herein are true and correct to the best of my knowledge and belief.

Executed at Silver Spring, Maryland, this ___15___ day of October, 2007.

_____
SHIRLEY EPPS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X                                          ☐ Agent<br>                                              ☐ Addressee |
| 1. Article Addressed to:<br><br>Hon. Christopher Cox<br>c/o Brian Cartwright, Esq.<br>Gen Counsel<br>SEC<br>100 F St. N.E<br>Wash., DC 20549 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>   RECEIVED OCT 0 9 2007<br><br>3. Service Type<br>   ☑ Certified Mail    ☐ Express Mail<br>   ☐ Registered        ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number (Copy from service label) | |

PS Form 3811, July 1999         Domestic Return Receipt         102595-00-M-0952



U.S. Postal Service™
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage $ | $4.60 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $9.40 |

Postmark: 10/04/2007

Sent To: Hon Christopher Cox
Street, Apt. No.; or PO Box No.: 100 F St. NE
City, State, ZIP+4: WDC 20549

PS Form 3800, June 2002       See Reverse for Instructions



EXHIBIT
1