UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, Chairman, )<br>U.S. Securities and Exchange Commission, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1745 (JDB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

Dated: November 26, 2007
    Washington, D.C.

Respectfully submitted,

　　/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov