UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH,<br><br>   Plaintiff,<br><br>  v.<br><br>CHRISTOPHER COX, Chairman,<br>U.S. Securities and Exchange Commission,<br><br>   Defendant. | Civil Case No. 07-1745 (JDB) |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR MOVE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Christopher Cox, Chairman, U.S. Securities and Exchange Commission ("SEC"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering or moving as to the Complaint from December 3, 2007 to January 2, 2008 -- *i.e.*, a thirty (30) day extension of time. Plaintiff, through its counsel, has graciously consented to the relief sought by this motion. The grounds for such relief are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of gender discrimination under Title VII and age discrimination under the ADEA. The U.S. Attorney's Office was served with the Complaint on October 3, 2007. Promptly after the U.S. Attorney's Office was served, counsel with previous daily responsibility for this matter contacted the SEC to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials and prepare a response, matters and deadlines in other pending cases have prevented

the completion of an appropriate response. Indeed, defense counsel is a newly appointed Assistant United States Attorney and is in the process of reviewing files for a number of cases that have been transferred or assigned to him. Accordingly, deferring the filing of Defendant's answer by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Complaint be extended to, and including, January 2, 2008. A proposed order is attached.

Dated: November 27, 2007
        Washington, DC

                                Respectfully submitted,

                                _____
                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney

OF COUNSEL:
Laura Walker
Senior Counsel
Office of the General Counsel,
U.S. Securities and Exchange Commission

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, Chairman, )<br>U.S. Securities and Exchange Commission, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1745 (JDB) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's first consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, January 2, 2008, to respond to the Complaint in this action.

_____                                                    _____
Date                                                                                          JOHN D. BATES
                                                                                                     United States District Judge

Copies to Counsel of Record Via ECF