UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER COX, Chairman,<br>U.S. Securities and Exchange Commission,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Case No. 07-1745 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Please find attached Defendant's Statement of Undisputed Facts that was inadvertently omitted from Defendant's Motion to Dismiss and/or for Summary Judgment filed this same date.

Dated: January 2, 2008
　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　(202) 514-7143
　　　　　　　　　　　　　　　　　　　　brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER COX, Chairman,<br>U.S. Securities and Exchange Commission,<br><br>        Defendant. | Civil Case No. 07-1745 (JDB) |

## DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Civil Rule 7(h), Defendant Christopher Cox, Chairman, United States Securities and Exchange Commission ("Defendant," "SEC," or "Agency"), submits this statement of material facts as to which there exists no genuine issue:

1.    Plaintiff brings her complaint pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f) and 16(c) ("Title VII"), and the Age Discrimination Employment Act of 1967, as amended, 29 U.S.C. §§ 626(c) and 633a(c) ("ADEA"), based upon Defendant's alleged gender and age discrimination of Plaintiff under a disparate treatment theory of liability.  *See* Compl. at ¶ 1.

2.    Prior to commencing this action, Plaintiff initiated an administrative EEO process in an attempt to resolve her claims.  *See* Compl. at ¶¶ 212-16.

3.    On June 13, 2007, an EEOC administrative judge granted the Agency's motion for summary judgment thereby concluding Plaintiff's EEO process.  *See* Compl. at ¶ 217.

4.    By Final Action Order dated June 28, 2007 (the "FAO"), the Agency issued its final agency decision on Plaintiff's claims by adopting the June 13, 2007, order of the EEOC

administrative judge.  *See* Compl. at ¶ 218.

5.  The Agency sent Plaintiff and her counsel the FAO, under a cover letter from Ms. Deborah K. Balducchi, on Thursday, June 28, 2007, by FedEx Priority Overnight service.  *See* Paver Decl. at ¶¶ 4, 5, Attached Ex. 5.

6.  The package addressed to Plaintiff's counsel, which contained the FAO, was sent using a FedEx Air Bill with FedEx Tracking number 8618 9250 6031.  *See id.* at ¶ 5 and Ex. B.

7.  The package addressed to Plaintiff, which contained the FAO, was sent using a FedEx Air Bill with FedEx Tracking number 8618 9250 6031.  *See id.* at ¶ 5 and Ex. C.

8.  The Federal Express packages addressed to Plaintiff and her counsel, which enclosed copies of the FAO, were in fact shipped using FedEx Priority Overnight on Thursday, June 28, 2007.  *See* FedEx Tracking Information, Attached Exs. 6, 7.

9.  Plaintiff and her counsel received their respective Federal Express packages containing copies of the FAO on Friday, June 29, 2007.  *See id.*

10.  Specifically:

   a.  The Federal Express package addressed to Plaintiff's counsel was received at Plaintiff's counsel's office on June 29, 2007, at 12:23 p.m, and signed for by "S. Epps."  *See* FedEx Tracking Information, Attached Ex. 6.

   b.  The Federal Express package addressed to Plaintiff counsel was delivered to Plaintiff's home on June 29, 2007, at 9:15 a.m.  *See* FedEx Tracking Information, Attached Ex. 7.

11.  Thereafter, on Friday, September 28, 2007, Plaintiff filed her Complaint in this action.  *See* Docket Entry No. 1.

12. Using the computation provisions of Rule 6(a), Friday, September 28, 2007, is ninety-one (91) days after Friday, June 29, 2007.

13. Accordingly, ninety-one (91) days lapsed between receipt of the FAO by Plaintiff and her counsel, and the filing of the Complaint in this action.

\* \* \*

Dated: January 2, 2008
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

OF COUNSEL:
Laura Walker
Senior Counsel
Office of the General Counsel,      /s/
U.S. Securities and Exchange Commission   RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

       /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -