UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Julia Griffith, by her undersigned counsel and with defendant's consent, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion to Dismiss or for Summary Judgment by two weeks, from January 16, 2008, to and including January 30, 2008, and in support of this motion states:

1. Defendant filed its motion on January 2, 2008. Plaintiff's Opposition is currently due to be filed and served by January 16, 2008.

2. Defendant's Motion presents some complex issues. Plaintiff's counsel have conducted considerable research to deal with those issues, but have not completed her response to the motion.

3. Plaintiff's counsel have been and will be heavily involved in other litigation during the next couple of weeks, including the following, among others: preparing a motion for continuances in *Sorrell v. District of Columbia*, C.A. No. 07-854 (RWR) (D.D.C.), which was filed on January 10, 2008; preparing a motion for reconsideration in *Harris v. Hampden Lane*

2

*LLC*, OZAH No. #08-3; MCOHR Case No. REH-03982, which was filed on January 16; preparing for depositions in *Sorrell*, to be held on January 23 and later; preparing for depositions in *Harris*, to be held on January 22 and 23; preparing the prehearing statement in *Harris*, which is due to be filed on January 31; preparing a post-hearing brief in *Oliver-Patterson v. Washington Neurological Associates*, Case No. 03-358-P (D.C. Com'm on Human Rights).

  4. Plaintiff's counsel has contacted Brian Hudak, defendant's counsel, and he has consented to this motion.

  5. It will not prejudice defendant or the Court if the Court grants the extension; the Court has not scheduled any events yet.

  6. For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which plaintiff must file her Opposition to Defendant's Motion for Summary Judgment from January 16, 2008, to and including January 30, 2008, and the time in which defendant may file its reply to April 5, 2007.

           Respectfully submitted,

           /s/ Alan Banov_____
           ALAN BANOV #95059
           Alan Banov & Associates
           8401 Colesville Road, Suite 325
           Silver Spring, MD 20910
           301-588-9699
           Fax: 301-588-9698
           abanov@banovlaw.com[1]
           <u>Attorney for Plaintiff</u>

---

[1] Registered in the Court's ECF system as legalrun@aol.com.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) Case No. 1:07-cv-01745 (JDB) ) |
| CHRISTOPHER COX, | ) ) |
|     Defendant. | ) ) |
| _____ | ) |

**ORDER**

Upon Consideration of Plaintiff's Consent Motion for Extension of Time, the grounds stated therein, and the record in this matter, it is by the Court this ____ day of January, 2008, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file and serve her opposition to Defendant's Motion to Dismiss or for Summary Judgment will be extended from January 16, 2008, to and including January 30, 2008.

SO ORDERED.

                                                                                                                                                              _____
                                                                                                                                                              JOHN D. BATES
                                                                                                                                                              UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20895

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, DC 20530