UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |

**<u>PLAINTIFF'S CONSENT MOTION FOR SECOND EXTENSION OF TIME</u>**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Julia Griffith, by her undersigned counsel and with defendant's consent, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion to Dismiss or for Summary Judgment by another two weeks, from January 30, 2008, to and including February 13, 2008, and in support of this motion states:

1. Defendant filed its motion on January 2, 2008.

2. On January 16, 2008, plaintiff filed a motion for a two-week extension of time to respond to that motion, and the Court granted that motion.

3. Plaintiff's Opposition is currently due to be filed and served by January 30, 2008.

4. Plaintiff seeks a second extension of time because the parties are currently engaged in settlement negotiations and will need additional time to determine if they can settle the case, rather than litigate it.

5. Plaintiff's counsel has contacted Brian Hudak, defendant's counsel, and he has consented to this motion.

2

6.	It will not prejudice defendant or the Court if the Court grants the extension; the Court has not scheduled any events yet.

7.	For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which she must file her Opposition to Defendant's Motion for Summary Judgment from January 30, 2008, to and including February 13, 2008.

Respectfully submitted,

/s/ Alan Banov_____
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699
Fax: 301-588-9698
abanov@banovlaw.com[1]
<u>Attorney for Plaintiff</u>

---

[1]  Registered in the Court's ECF system as legalrun@aol.com.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
|       Plaintiff, | ) ) ) |
|       v. | ) Case No. 1:07-cv-01745 (JDB) ) |
| CHRISTOPHER COX, | ) ) |
|       Defendant. | ) ) |

**ORDER**

Upon Consideration of Plaintiff's Consent Motion for Second Extension of Time, the grounds stated therein, and the record in this matter, it is by the Court this ____ day of January, 2008, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file and serve her opposition to Defendant's Motion to Dismiss or for Summary Judgment will be extended from January 30, 2008, to and including February 13, 2008.

SO ORDERED.

                                                                                 _____
                                                                                 JOHN D. BATES
                                                                                  UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20895

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, DC 20530