UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR THIRD EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Julia Griffith, by her undersigned counsel and with defendant's consent, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion to Dismiss or for Summary Judgment by another four weeks, from February 13, 2008, to and including March 13, 2008, and in support of this motion states:

1.  Defendant filed its motion on January 2, 2008.

2.  On January 16, 2008, plaintiff filed a consent motion for a two-week extension of time to respond to that motion, and the Court granted that motion. Later plaintiff filed another consent motion for extension of time, largely because parties were then engaged in settlement negotiations and needed additional time to determine if they can settle the case, rather than litigate it. The Court granted that motion.

3.  Plaintiff's Opposition is currently due to be filed and served by February 13, 2008.

2

4. Plaintiff seeks a third extension of time, for an additional four weeks, because the she and her attorney have irreconcilable differences with respect to this case; she has consented to his withdrawal; and she will need to retain another attorney to represent her on this case.

5. Plaintiff's counsel has contacted Brian Hudak, defendant's counsel, and he has consented to this motion.

6. It will not prejudice defendant or the Court if the Court grants the extension; the Court has not scheduled any events yet.

7. For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which she must file her Opposition to Defendant's Motion for Summary Judgment from February 13, 2008, to and including March 13, 2008.

Respectfully submitted,

/s/ Alan Banov_____
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699
Fax: 301-588-9698
abanov@banovlaw.com[1]
Attorney for Plaintiff

---

[1] Registered in the Court's ECF system as legalrun@aol.com.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIA GRIFFITH,                                )
                                               )
       Plaintiff,                              )
                                               )
       v.                                      ) Case No. 1:07-cv-01745 (JDB)
                                               )
CHRISTOPHER COX,                               )
                                               )
       Defendant.                              )
_____)

### ORDER

Upon Consideration of Plaintiff's Consent Motion for Third Extension of Time, the grounds stated therein, and the record in this matter, it is by the Court this ____ day of February, 2008, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file and serve her opposition to Defendant's Motion to Dismiss or for Summary Judgment will be extended from February 13, 2008, to and including March 13, 2008.

SO ORDERED.

                                                                     _____
                                                                     JOHN D. BATES
                                                                     UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20895

Ms. Julia Griffith
1702 Chesterford Way
McLean, VA  22101

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, DC 20530