UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ALAN BANOV'S CONSENT MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY

Pursuant to Local Rules 104(h) and 201(c), Alan Banov, hereby moves, with the consent of Plaintiff Julia Griffith, for leave to withdraw as her attorney in the above-captioned case, and in support of this motion states:

Plaintiff and her counsel have irrevocable differences with respect to this case which disqualify him from future representation, and plaintiff consents to Mr. Banov's request to withdraw as her attorney in this case.

Defendant's counsel has been advised that this motion would be filed and has no opposition to the motion.

Withdrawal at this stage should not prejudice plaintiff because no trial has been scheduled and, indeed, the Court has not issued a litigation schedule in this case.

Plaintiff's address and phone number are indicated below:

> Ms. Julia Griffith
> 1702 Chesterford Way
> McLean, VA  22101
> (703) 893-7166

WHEREFORE, Alan Banov hereby requests that the Court grant him leave to withdraw as plaintiff's attorney.

               Respectfully submitted,


               /s/ Alan Banov_____
               ALAN BANOV #95059
               Alan Banov & Associates
               8401 Colesville Road, Suite 325
               Silver Spring, MD 20910
               301-588-9699
               Fax: 301-588-9698
               abanov@banovlaw.com[1]
               <u>Attorney for Plaintiff</u>


<u>NOTICE TO PLAINTIFF JULIA GRIFFITH</u>

  Please note that under the Court's Local Rule 201(c), which you may read in the Clerk's office, I am advising you to obtain other counsel and if you object to my withdrawal, you should notify the Clerk of the Court (333 Constitution Avenue, N.W., Washington, D.C. 20001), in writing within five days of service of this motion.  Since a copy is being mailed to you, you have an additional three days, for a total of eight, in which to file any objection to my withdrawal.


               /s/ Alan Banov_____
               ALAN BANOV

---

[1] Registered in the Court's ECF system as legalrun@aol.com.

CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2008, copies of the foregoing Consent Motion to Withdraw as Plaintiff's Attorney and of the attached Notice and proposed Order were served by first-class mail, postage-prepaid, upon plaintiff at the following address:

        Ms. Julia Griffith
        1702 Chesterford Way
        McLean, VA  22101

And upon defendant's counsel by the ECF system

        /s/ Alan Banov_____
        ALAN BANOV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

Upon Consideration of Alan Banov's Consent Motion to Withdraw as Plaintiff's Attorney and the record in this matter, it is by the Court this ____ day of February, 2008, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that _____.

SO ORDERED.

                                                      _____
                                                    JOHN D. BATES
                                                    UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20895

Ms. Julia Griffith
1702 Chesterford Way
McLean, VA  22101

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, DC 20530