UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COX,<br><br>Defendant. | Civil Action No. 07-01745 (JDB) |

**ORDER**

**FILED**
FEB 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of [15] Alan Banov's consent motion to withdraw as plaintiff's attorney, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that plaintiff shall have until March 13, 2008 to secure new counsel and oppose defendant's motion to dismiss or, in the alternative, for summary judgment.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: February 13, 2008

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20895

Ms. Julia Griffith
1702 Chesterford Way
McLean, VA 22101

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, D.C. 20530