RECEIVED
U.S. COURT OF APPEALS
FOR THE  CIRCUIT

2008 MAR 13 PM 9: 38
FILING DEPOSITORY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| CHRISTOPHER COX, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S CONSENT MOTION FOR ADDITIONAL EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Julia Griffith, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion to Dismiss or for Summary Judgment by another four weeks, from March 13, 2008, to and including April 13, 2008, and in support of this motion states:

1.  Defendant filed its motion on January 2, 2008.

2.  On February 14, 2008, the Court granted plaintiff's counsel's motion to withdraw from the case. Plaintiff has engaged in discussions with new counsel and requires additional time to retain that attorney as counsel of record.

3.  Plaintiff is currently pro se.

4.  Plaintiff has contacted Brian Hudak, defendant's counsel, but has not received a reply from him.

5.  It will not prejudice defendant or the Court if the Court grants the extension; because the Court has not scheduled any events yet.

2

6.      For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which she must file her Opposition to Defendant's Motion for Summary Judgment from March 13, 2008, to and including April 13, 2008.

Respectfully submitted,

_____
Julia E. Griffith
1702 Chesterford Way
McLean, Virginia 22101
703-893-7166
<u>Plaintiff pro se</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01745 (JDB) |
| | ) |
| CHRISTOPHER COX, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon Consideration of Plaintiff's Consent Motion for Fourth Extension of Time, the grounds stated therein, and the record in this matter, it is by the Court this ____ day of March, 2008, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file and serve her opposition to Defendant's Motion to Dismiss or for Summary Judgment will be extended from March 13, 2008, to and including April 13, 2008.

SO ORDERED.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Ms. Julia Griffith
1702 Chesterford Way
McLean, VA  22101

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, DC 20530