UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTOPHER COX, )<br><br>Defendant. ) | Case No. 1:07-cv-01745 (JDB) |

## PLAINTIFF'S CONSENT MOTION FOR FOURTH EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 16.4, Plaintiff Julia Griffith, with no objection from defendant, hereby moves the Court to enlarge her time to file and serve her Opposition to Defendant's Motion to Dismiss or for Summary Judgment by another eight weeks, from April 14, 2008 to and including June 13, 2008, and in support of this motion states:

1. Defendant filed its motion on January 2, 2008.

2. On January 16, 2008, plaintiff filed a consent motion for a two-week extension of time to respond to that motion, and the Court granted that motion. Later plaintiff filed another consent motion for extension of time, largely because parties were then engaged in settlement negotiations and needed additional time to determine if they can settle the case, rather than litigate it. The Court granted that motion. The Court granted a further motion for extension of time on March 14, 2008.

3. Plaintiff is currently pro se.

4. Plaintiff's Opposition is currently due to be filed and served by April 14, 2008.

**RECEIVED**

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

5.    Plaintiff seeks a fourth extension of time, for an additional eight weeks, because the she and her attorney have irreconcilable differences with respect to this case; she has consented to his withdrawal; and she is in discussions with new counsel to represent her on this case.

6.    Plaintiff's counsel has contacted Brian Hudak, defendant's counsel, and he will not object to this motion.

7.    It will not prejudice defendant or the Court if the Court grants the extension; the Court has not scheduled any events yet.

8.    For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion and extend the time in which she must file her Opposition to Defendant's Motion for Summary Judgment from April 14,2008, to and including June13, 2008.

Respectfully submitted,

_____
Julia E. Griffith
1702 Chesterford Way
McLean, Virginia 22101
703-893-7166
Plaintiff pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, )<br>  )<br>  Plaintiff, )<br>  )<br> v. ) Case No. 1:07-cv-01745 (JDB)<br>  )<br>CHRISTOPHER COX, )<br>  )<br>  Defendant. )<br>_____) | |

### ORDER

Upon Consideration of Plaintiff's Consent Motion for Third Extension of Time, the grounds stated therein, and the record in this matter, it is by the Court this ____ day of April 2008, hereby

ORDERED that the said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the time for Plaintiff to file and serve her opposition to Defendant's Motion to Dismiss or for Summary Judgment will be extended from April 14, 2008, to and including June 13, 2008.

SO ORDERED.

 

                                                                                           _____
                                                                                           JOHN D. BATES
                                                                                           UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Ms. Julia Griffith
1702 Chesterford Way
McLean, VA 22101

Brian P. Hudak, Esq.
Assistant U.S. Attorney
555-4th Street, N.W.
Washington, DC 20530