UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA GRIFFITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COX, Chairman, )<br>U.S. Securities and Exchange Commission, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1745 (JDB) |

## STIPULATION OF SETTLEMENT

Defendant, by and through his counsel, and Plaintiff hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein, which the parties agree evidence good, valuable, and adequate consideration under applicable law.

2. Plaintiff agrees to forever discharge, release, and/or withdraw each and every claim asserted in this action, including all claims for attorneys fees, costs or expenses incurred in connection with this action, the preceding administrative proceedings, or otherwise in relation to the events and circumstances alleged in the Complaint.

3. Plaintiff agrees to waive, release, forever discharge, withdraw and/or hold harmless the U.S. Securities and Exchange Commission ("Agency") and any of its employees, agents, officers, officials, successors and/or assigns for all claims, whether asserted or not in any proceeding or action, accruing on or before the date of this Stipulation of Settlement.

4. Defendant agrees to waive, release, forever discharge, withdraw, and/or hold

harmless Plaintiff on all claims for or entitlements to attorneys fees, costs, and/or expenses he or the Agency has incurred in connection with this action, the preceding administrative proceedings, or otherwise in relation to the events and circumstances alleged in the Complaint.

5. Defendant hereby affirms and agrees that the Agency will treat Plaintiff in accordance with the collective bargaining agreement between the Agency and the National Treasury Employees Union, subject to the terms, conditions and limitations of that agreement and any future amendments, cancellations, revisions, terminations, or other modifications to such agreement.

6. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the District Court litigation process, and any other proceedings involving the claims raised in this action.

7. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendant, the Agency, or the United States or any of their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

8. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

9. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the

United States, or any agency or instrumentality of the United States.

10. Execution of this Stipulation of Settlement by Plaintiff and by counsel for Defendant shall constitute a dismissal of this action with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), except that this Court shall retain jurisdiction to resolve any claims of non-compliance with the terms this Stipulation.

Dated: June 13, 2008
Washington, DC

Respectfully submitted,

_____
JULIA L. GRIFFITH
1702 Chesterford Way
McLean, Virginia 22101

*Plaintiff (pro se)*

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

SO ORDERED:

On this _____ day of _____, 2008.


_____
JOHN D. BATES
United States District Judge

- 3 -